**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                      303-844-2527
  Judge

December 17, 2009

<u>MEMORANDUM</u>

TO:         Greg Langham, Clerk

FROM:    Judge Babcock                    s/LTB

RE:         09-cr-00526-LTB
              United States of America v.
              1. PATRICK LOVE,
              2. JAMES LOVE,
              3. PATRICK EGAN,
              4. MARK DOUGLAS REILLY

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/dh