**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover              Date:  December 15, 2010
Court Reporter:    Tracy Weir

Criminal Action No. 09-cr-00526-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | James Allison |
| | Suneeta Hazra |
| Plaintiff, | |
| v. | |
| | Richard Kornfeld |
| PATRICK LOVE, | Harvey Steinberg |
| JAMES LOVE, | Ariel Benjamin |
| PATRICK EGAN, and | Marci Gilligan |
| MARK DOUGLAS REILLY, | Frederick Winocur |
| | Nathan Chambers |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:    Motions

**9:37 a.m.       Court in session.**

Defendants were excused from attending per the motions filed by their respective counsel. Defendant Patrick Love is present.

The Court addresses Defendants' Joint Motion for Rule 404(b) Evidence **(Doc. #68).**

**ORDER:**   Defendants' Joint Motion for Rule 404(b) Evidence **(Doc. #68)** is **DENIED as moot.**

The Court addresses Defendants' Joint Motion for Expert Discovery **(Doc. #69)**

**ORDER:**   Defendants' Joint Motion for Expert Discovery **(Doc. #69)** is **DENIED as moot.**

Judge Marcia S. Krieger
Courtroom Minutes
Page 2

The Court addresses   Defendants' Joint Motion for *Brady* Material and   Defendants' Joint Motion for Rule 16 Discovery *(***Doc. #71 and #72***).*

Argument by Mr. Winocur and Ms. Hazra.

**ORDER**:   Defendants' Joint Motion for *Brady* Material and   Defendants' Joint Motion for Rule 16 Discovery *(***Doc. #71 and #72***)* is **GRANTED** insofar as the parties have reached an agreement and **DENIED** with leave to renew insofar as there is no agreement.

The Court addresses  Defendants' Joint Motion for *James* hearing (**Doc. #75**)

Counsel agree that the Government will provide its proffer to defendants by **January 31, 2011** and defendants will provide their information in sufficient time to allow the Government to file the document with the Court  by **February 22, 2011.**

**ORDER:**   Defendants' Joint Motion for *James* hearing (**Doc. #75**) is **GRANTED** in part insofar as the parties will have the opportunity to address the *James* issues and **DENIED** in part insofar as the request for a *James*  hearing.

The Court addresses  Defendants' Joint Motion for Bill of Particulars (**Doc. #70**)

Argument by Mr. Chambers and Ms. Hazra.

**ORDER:**   Defendants' Joint Motion for Bill of Particulars (**Doc. #70**) is **DENIED**.

The Court addresses  Defendants Patrick Love and  Egan's Motions to Suppress Statements (**Doc. #67 and #78**)

**ORDER**:   Evidentiary hearings on Defendant Patrick Love and Egan's Motions to Suppress Statements (**Doc. #67 and #78**) and Defendants' Joint Motion to Suppress Evidence (**Doc. #77**) are set for **February 15, 2011, at 1:00 p.m.**  The Joint Motion to Suppress will proceed first.

The Court addresses  Joint Motion for Fed. R. Evid. 702 Hearing (**Doc. #104**)

**ORDER:**   Joint Motion for Fed.R.Evid.702 Hearing (**Doc. #104) is GRANTED** insofar as the requested hearing is set on **March 3, 2011 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses Defendants Patrick Love and Egan's Motions to Sever (**Doc. #99 and #100**)

Ruling is deferred on Defendant Patrick Love and Egan's Motion to Sever (**Doc. #99 and #100**).

The Court addresses Defendants' Joint Motion To Dismiss Indictment Due to Unconstitutional Presentation to the Grand Jury (**Doc. #73**)

Argument by Ms. Gilligan and Mr. Allison.

**ORDER:**  Defendants' Joint Motion To Dismiss Indictment Due to Unconstitutional Presentation to the Grand Jury (**Doc. #73**) is **DENIED** in its entirety.

The Court addresses Defendants' Joint Motion to Seal docket # 73 **(Doc. #76)**.

**ORDER:** Defendants' Joint Motion to Seal docket #73 (**Doc. #76**) is **GRANTED** insofar as the motion to dismiss, # 73, is concerned and **DENIED** as sealing the brief in support of the Motion to Seal, #74, and that document shall be **UNSEALED**. No Court orders will be sealed that directed other documents to be sealed.

The Court addresses Government's Motion to Seal docket # 88 (**Doc. #89**).

**ORDER:** Government's Motion to Seal docket # 88 (**Doc. #89**) is **GRANTED.**

**10:33 a.m.** **Court in recess.**

**Total Time:   1 hour 4 minutes.**
**Hearing concluded.**