## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | LaDonne Bush | Date: September 15, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Probation: | Gary Kruck | |

Criminal Action No. 09-cr-00526-MSK-1

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                    Suneeta Hazra
                                                                    Tonya Andrews
Plaintiff,

v.

1. PATRICK LOVE,                                       Richard Kornfeld

        Defendant.

---

## COURTROOM MINUTES - SENTENCING

---

**9:10 a.m.**      **Court in session.**

Defendant present on bond.

**Change of Plea Hearing on May 23, 2011. Defendant pled guilty to Count One of the Indictment and admitted the forfeiture allegation.**

Parties received and reviewed the presentence report, all addenda and certain motions (Doc. Nos. 174, 180).

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines in the presentence report.

The parties do request a downward departure.

Defendant requests a variant sentence.

Arguments by Mr. Kornfeld and Ms. Hazra.

Statement by the defendant.

Court takes into account the statements made in the letter from Kenny Carter of Cisco Systems as if the statements had been made by him orally in the courtroom.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

Government does not object to the defendant's request for self surrender.

**ORDER**: Defendant's Motion for Variant Sentence (Doc. 174) is granted in part and denied in part.

**ORDER**: Government's Motion Pursuant to USSG §5K1.1 for Downward Departure Based on Substantial Assistance (Doc. 180) is granted as set forth on the record.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on the day of the designation.

**ORDER:** Bond will be exonerated at the time of the defendant's voluntary surrender at the facility designated by the United States Bureau of Prisons.

The defendant is advised of his right to appeal.

**11:02 a.m.    Court in recess.**

**Total Time: 01:52
Hearing concluded.**