**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:09CR00526-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PATRICK LOVE,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On February 11, 2016, the defendant filed a request for early termination of supervised release in this case.  On February 29, 2016, the AUSA filed a response to defendant's motion and has no objection to the proposed relief.  On March 1, 2016, the probation officer filed a response to defendant's motion and has no objection to the proposed relief.  Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this  30th  day of March, 2016

                        BY THE COURT:

                        _____
                        MARCIA S. KRIEGER
                        CHIEF U.S. DISTRICT COURT JUDGE